IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**JOSE LUIS TORRES ROJAS,**

    Petitioner,

    v.

**UNITED STATES OF AMERICA,**

    Respondent.

No. 3:10-cr-00055-MO-1

OPINION AND ORDER

**MOSMAN, J.**,

    Petitioner's second motion to vacate and correct sentence under 28 U.S.C. § 2255 [144] is DENIED. The motion has not been certified by the court of appeals as required under 28 U.S.C. § 2255(h).

    IT IS SO ORDERED.

    DATED this 31st day of March, 2014.

    /s/Michael W. Mosman
    MICHAEL W. MOSMAN
    United States District Judge

1 – OPINION AND ORDER